

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE | * | 14-88 MAG |
| CRIMINAL COMPLAINT, | | |
| AFFIDAVIT AND ARREST | * | |
| WARRANT | | |
| | * | |

\* \* \*

## MOTION AND ORDER TO UNSEAL
## CRIMINAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Special Assistant United States Attorney, who respectfully requests that the court unseal the Criminal Complaint, Affidavit, and Arrest Warrant in the above-captioned matter, as the targeted individual has been arrested, and the United States no longer requires the matter to be sealed.

**WHEREFORE**, the United States requests that the court unseal the Criminal Complaint, Affidavit, and Arrest Warrant in the above mentioned matter, as well as this Motion and Order to Seal.

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

/s/ Michael B. R.
MICHAEL B. REDMANN
Special Assistant United States Attorney
Louisiana Bar Roll Number 31929
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: 504-680-3065